dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ANNA CUTRONA, Respondent, v. THE QUEENS BUS LINES, INC., Appellant.— Application granted.

GEORGE EILPERIN, Respondent, v. DAVID GOLDMAN, Appellant; GRACE GOLDMAN, Defendant.— Application denied, with ten dollars costs.

SAMUEL GLICKMAN, Respondent, v. QUEENS BUS LINES, INC., Appellant.— Application denied, with ten dollars costs.

RUTH NOVAK, an Infant over the Age of Fourteen Years, by ABRAHAM NOVAK, Her Guardian ad Litem, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Application granted.

LOUIS RUBIN, Respondent, v. EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Application granted.

MARIO B. SIBILIA, Appellant, v. BAYSIDE WEST THEATRES, INC., and Others, Respondents.— Application denied, with ten dollars costs. An appeal from an order of the Appellate Term dismissing an appeal to that court is not allowed, under section 627 of the Civil Practice Act.

LESTER B. SMITH, Respondent, v. SCHWARTZ & COHN, INC., and JACOB COHN, Appellants.— On argument, order granting reargument and on reargument granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

LESTER B. SMITH, Respondent, v. SCHWARTZ & COHN, INC., and JACOB COHN, Appellants.— In view of the disposition of the main appeal (ante, p. 860), decided herewith, the motion for a stay is dismissed, without costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of a PRESENTMENT BY THE GRAND JURY OF RICHMOND COUNTY, January, 1929.— Hon. James C. Van Siclen, official referee, is hereby appointed to investigate, in place of the late Hon. Abel E. Blackmar, and Thomas Cradock Hughes is hereby appointed as counsel to assist in such investigation, in place of Jackson A. Dykman. Order signed. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE L. McCREADY, Appellant.— Motion to enlarge time granted and case added to the June term calendar. The district attorney to have until Saturday, June twentieth, to file brief. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ISABELLE E. ATKINSON, Appellant, v. BLANCHARD P. ATKINSON, Respondent.— Motion for stay granted upon condition that plaintiff bring the action on for trial at the October term; otherwise, motion denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

BESSIE BACH, Appellant, v. DELIA GRABFELDER, Respondent.— Motion for reargument granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ. On reargument the decision of this court handed down on May 28, 1931, ██ is hereby amended to read as follows: Judgment modified by adding, after the words " hereby is dismissed," the words " without prejudice," and as